IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN TAYLOR,<br><br>Defendant. | Case №: 2:19-cr-00078-JAM<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named defendant will confirm that he/she is financially unable to obtain counsel at his initial appearance. He wishes counsel be appointed to represent him/her for a petition to violate his supervised release. Mr. Fischer needs to work on the case even though there is no federal court date yet. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED David D. Fischer is appointed to represent the above defendant in this case effective *nunc pro tunc* to October 8, 2020.

This appointment shall remain in effect until further order of this court.

DATED: October 23, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER APPOINTING COUNSEL          1