MCGREGOR W. SCOTT
United States Attorney
MICHAEL W. REDDING
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00078-JAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE ADMIT/DENY DATE; FINDINGS AND ORDER |
| v. | DATE: December 15, 2020 |
| RYAN TAYLOR, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for admit/deny on December 15, 2020.

2. By this stipulation, defendant now moves to continue the admit/deny hearing until January 12, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

    a) This Supervised Release violation involves several New Law Violations related to cases that have been filed against the defendant in several counties in California.

    b) Counsel for defendant desires additional time to determine the status of those cases in an attempt to resolve this case.

    c) The government does not object to the continuance.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

        d)      Probation Officer Erica Tatum does not object to the continuance.

IT IS SO STIPULATED.

Dated: December 11, 2020                          McGREGOR W. SCOTT
                                                              United States Attorney

                                                               /s/ MICHAEL W. REDDING
                                                               MICHAEL W. REDDING
                                                               Assistant United States Attorney


Dated: December 11, 2020                          /s/ David Fischer
                                                               David Fischer
                                                               Counsel for Defendant
                                                               Ryan Taylor


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 11th day of December, 2020.

                                                              /s/ John A. Mendez
                                                              THE HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE