UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 2, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RYAN TAYLOR,

Defendant.

Case No. 2:19-CR-00078 JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RYAN TAYLOR , Case No. 2:19-CR-00078 JAM  Charge 18 U.S.C. § 3606 , from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

\_\_\_\_\_   Unsecured Appearance Bond $ _____

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

  X     (Other): Defendant sentenced to a term of imprisonment of time served.

Issued at Sacramento, California on March 2, 2021 at 10:10 AM.

By: _/s/ John A. Mendez_
District Court Judge John A. Mendez