HEATHER E. WILLIAMS, BAR #122664
Federal Defender
CHRISTINA SINHA, BAR #278893
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Christina_Sinha@fd.org

Attorney for Defendant
RYAN TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. RYAN TAYLOR, *Defendant.* | Case No.  2:19-CR-78-JAM  **ORDER FOR RELEASE FROM CUSTODY** |

After careful consideration of the parties' and probation's representations at the February 28, 2023 admit/deny hearing in this matter, the Court ORDERS as follows:

- Defendant RYAN TAYLOR shall be RELEASED from the Sacramento County Jail on **March 08, 2023, no later than 8:00 a.m.**;
- Upon his release, the defendant shall proceed directly to the WellSpace residential drug treatment facility on Juliesse Avenue in Sacramento, California;
- The defendant shall participate in, abide by all rules of, and complete the 90-day in-patient treatment program at that facility;
- Upon his completion of the program, the defendant shall reside at an address pre-approved by Probation;
- All other conditions of supervised release will remain in effect;

- The defendant is **ORDERED** to appear for the Judgment and Sentencing on the TSR violation, currently set for **June 13, 2023, at 9:00 AM**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.

IT IS SO ORDERED.

Dated: March 7, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE